

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2019

No. 04-19-00812-CV

Ken **KINSEY,**
Appellant

v.

**AL GLOBAL SERVICES, LLC,**
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI22581
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The Appellant's Motion to Extend Time to File Appellant's Brief is hereby GRANTED. Time is extended to January 22, 2020.

It is so **ORDERED** on this 11th day of December, 2019.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court